

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NOV 19 2004

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 00-151 |
| JOSEPH JOHNSON | SECTION "J" |

RULE TO REVOKE PROBATION                NOVEMBER 17, 2004

DEFENDANT PRESENT.

STIPULATIONS ENTERED.

MATTER SUBMITTED FOR PROBATION TO MAKE RECOMMENDATION TO THE COURT.

DEFENDANT RELEASED.

APPEARANCES: TRACEY KNIGHT, ATTY., USA
             DWIGHT DOSKEY, ATTY.

             TERRILYN E. DUNN, PROBATION
             DAVID STECHMANN, COURTROOM DEPUTY

DATE OF ENTRY
NOV 19 2004

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc.No. 27