Prob12
Rev(3/88)

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

U.S.A. vs. JOSEPH JOHNSON                    Docket No. 053L 2:00CR00151-001 ~~Mag~~ J

## Petition on Probation and Supervised Release

COMES NOW TERRILYN E. DUNN, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Joseph Johnson, who was placed on supervision by the Honorable Karen Wells Roby sitting in the Court at New Orleans, Louisiana, on September 07, 2000, who fixed the period of supervision at five years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. Financial disclosure
2. Financial restrictions
3. Orientation and life skills
4. Mental health treatment
5. Pay restitution as imposed by this judgement
6. Drug treatment (modified March 11, 2004)

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
(if short insert here; if lengthy write on separate sheet and attach)

On November 18, 2004, Johnson appeared before Your Honor to answer A Rule to Show Cause Why Probation Should Not be Revoked. In lieu of incarceration, Your Honor inquired as to the possibility of placing Johnson in a residential facility where his mental health issues and substance abuse issues could be addressed. Johnson's placement remained open until this officer was able to find a program to accommodate Johnson's needs.

On November 29, 2004, Johnson was admitted to Shifa Community Mental Health Center, located at 6717 Goya Avenue, Baton Rouge, Louisiana. Shifa Community Mental Health Center is a long term residential facility for individuals with mental health issues and substance abuse problems. Johnson will receive at least four therauputic interventions per day. He will also reside in a supervised apartment complex. Johnson can continue to be supervised in the Eastern District of Louisiana since this officer is in the Baton Rouge area on a frequent basis.

PRAYING THAT THE COURT WILL ORDER the Rule to Show Cause Why Probation Should Not be Revoked be recalled. It is further recommended that Johnson reside at Shifa Community Mental Health Center until his probation expires on September 6, 2005.

|  |  |
|---|---|
| ORDER OF COURT | Respectfully, |
| Considered and ordered this 16th day of December, 2004, and ordered filed and made a part of the records in the above case. | Terrilyn E. Dunn<br>Senior U.S. Probation Officer<br>504-589-3213 |
| Karen Wells Roby<br>U.S. Magistrate Judge | Place: New Orleans, Louisiana<br>Date: December 08, 2004 |

Original - Clerk's Office
1 Copy - U.S. Marshal
1 Copy - U.S. Attorney
2 Copies - U.S. Probation

DATE OF ENTRY
DEC 21 2004

___ Fee
___ Process
X   Dktd
___ CtRmDep
___ Doc. No.